UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

Plaintiff,

v.

Van Alan Tate, Jr.,

Defendant.

Case: 1:26-mj-30514
Judge: Morris, Patricia T.
Filed: 08-26-2026

Originating No. 2:26-cr-8

---

**GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF**

---

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant Van Alan Tate, Jr., to answer to charges pending in another federal district, and states:

1. On August 26, 2024, defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the Western District of Michigan. Defendant is charged in that district with a violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), (b)(1)(C), and 21 U.S.C. § 846.
2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

s/Katharine Hemann
Katharine Hemann
Assistant United States Attorney
101 First Street, Suite 200
Bay City, MI 48708
Katharine.Hemann@usdoj.gov
(989) 895-5712

Dated: August 26, 2026